IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. BAKER<br>      Plaintiff, | No. 3:10-CV-00430-ARC |
| vs. | (Judge Caputo) |
| SCRANTON HOUSING AUTHORITY, SCRANTON HOUSING AUTHORITY BOARD OF COMMISSIONERS, and MARY ANNE SINCLAIR, Individually And as Chairperson Board of Commissioners,<br>      Defendants, | (FILED ELECTRONICALLY) |

## ORDER

The parties herein have entered into a Settlement Agreement which calls for, among other things, voluntarily dismissal of all claims with prejudice, and all parties being in agreement with the voluntary dismissal of this claim with prejudice, IT IS ORDERED that all claims are hereby dismissed with prejudice.

    The Clerk of Court is directed to close the case..

Date: July 26, 2010

JUDGE A. RICHARD CAPUTO
United States District Court